**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Denise Robin Marshall <br>      <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-12850 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

            Respectfully submitted,


            **/s/ Rebecca A. Solarz, Esq**
            Rebecca A Solarz, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322