UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                       Bankr. Case No. 19-12850

Denise Robin Marshall                                        Chapter 13
        Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011

BK Servicing, LLC

By /s/ Ed Gezel

Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 21, 2019 :

David M. Offen
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA  19106

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105


By  /s/ Ed Gezel, Agent
_____
     Ed Gezel


513716