IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re    Denise Robin Marshall ) | Chapter 13 |
| Debtor ) | |
| ) | No. 19-12850-AMC |
| ) | |
| ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Extend the Automatic Stay, and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor
Suite 160 West - The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Date: 5/23/19