# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 19-12850-AMC

DENISE ROBIN MARSHALL

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095-

       Debtor

## **CERTIFICATE OF SERVICE**

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DENISE ROBIN MARSHALL

    1036 ROCK CREEK DRIVE

    WYNCOTE, PA 19095-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 6/25/2019

                                                             /S/ William C. Miller
                                                             _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee