## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                    **Chapter 13**
DENISE ROBIN MARSHALL


**Debtor**                          **Bankruptcy No.** 19-12850-AMC

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


8/13/19                              _____
                                            Ashely M. Chan
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
DENISE ROBIN MARSHALL

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095-