IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :    CHAPTER 13
                                   :
    Denise R Marshall              :    No. 19-12850-AMC
        Debtor                     :

O R D E R

AND NOW, this _24th_ day of _Sept_, 2019, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Chapter 13 Dismissal Order is hereby VACATED and the case may proceed.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:

William C. Miller, Trustee

David M. Offen, Esq.

Denise R Marshall