United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12850-amc
Denise Robin Marshall                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Sep 24, 2019
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2019.
```
db            +Denise Robin Marshall,    1036 Rock Creek Drive,    Wyncote, PA 19095-2116
14352784      +Commonwealth of PA Dept. of Revenue,    Carol E. Momjian,    The Phoenix Building,
               1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14327871       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
14332047      +Mercedes-Benz Financial Services USA LLC,    William E. Craig, Esquire,    Morton & Craig, LLC,
               110 Marter Ave Suite 301,    Moorestown, NJ 08057-3125
14352056      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14327751      +Midfirst Bank,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14318665      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
14335894      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14321154      +The City of Philadelphia/The Water Revenue Dept.,    c/o Megan N. Harper, Esquire,
               Municipal Service Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, Pa 19102-1617
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 25 2019 03:21:32     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 25 2019 03:21:27      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: megan.harper@phila.gov Sep 25 2019 03:21:31     CITY OF PHILADELPHIA,
               Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2019 03:21:06
               Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
               Harrisburg, PA  17128-0946
14324769      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2019 03:27:00
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14340625       E-mail/Text: cio.bncmail@irs.gov Sep 25 2019 03:20:59     INTERNAL REVENUE SERVICE,
               Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
14343428      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2019 03:21:19     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14318664      +E-mail/Text: M74banko@daimler.com Sep 25 2019 03:21:54     Mercedes-Benz Financial Services,
               Attn: Bankruptcy Dept,    Po Box 685,    Roanoke, TX 76262-0685
14349480       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2019 03:21:06
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*            +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
14329987*       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN  55113-0011
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Sep 24, 2019
                              Form ID: pdf900          Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              DAVID M. OFFEN    on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Denise R Marshall | : | No. 19-12850-AMC |
| Debtor | : | |

O R D E R

AND NOW, this _24th_ day of _Sept_, 2019, upon consideration of the Motion to Vacate Dismissal Order, it is hereby ORDERED that the Chapter 13 Dismissal Order is hereby VACATED and the case may proceed.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:

William C. Miller, Trustee

David M. Offen, Esq.

Denise R Marshall