United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-12850-amc
Denise Robin Marshall                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 2              Date Rcvd: Sep 27, 2019
                            Form ID: 152            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
db            +Denise Robin Marshall,    1036 Rock Creek Drive,    Wyncote, PA 19095-2116
14352784      +Commonwealth of PA Dept. of Revenue,    Carol E. Momjian,    The Phoenix Building,
               1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14327871       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
14332047      +Mercedes-Benz Financial Services USA LLC,    William E. Craig, Esquire,    Morton & Craig, LLC,
               110 Marter Ave Suite 301,    Moorestown, NJ 08057-3125
14352056      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14327751      +Midfirst Bank,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14318665      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
14335894      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14321154      +The City of Philadelphia/The Water Revenue Dept.,    c/o Megan N. Harper, Esquire,
               Municipal Service Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, Pa 19102-1617
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 28 2019 03:17:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2019 03:17:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: megan.harper@phila.gov Sep 28 2019 03:17:24     CITY OF PHILADELPHIA,
               Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 03:16:58
               Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
               Harrisburg, PA  17128-0946
14324769      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 03:14:48
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14340625       E-mail/Text: cio.bncmail@irs.gov Sep 28 2019 03:16:51     INTERNAL REVENUE SERVICE,
               Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
14343428      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 03:17:11     MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14318664      +E-mail/Text: M74banko@daimler.com Sep 28 2019 03:17:43     Mercedes-Benz Financial Services,
               Attn: Bankruptcy Dept,    Po Box 685,    Roanoke, TX 76262-0685
14349480       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2019 03:16:58
               Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
               Harrisburg PA 17128-0946
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
14329987*      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2            Date Rcvd: Sep 27, 2019
                              Form ID: 152              Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

```
          CAROL E. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
            cmomjian@attorneygeneral.gov
          DAVID M. OFFEN    on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
            ecfemails@ph13trustee.com
          MEGAN N. HARPER    on behalf of Creditor   CITY OF PHILADELPHIA megan.harper@phila.gov,
            karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
            ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Denise Robin Marshall
    Debtor(s)

Case No: 19–12850–amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/26/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court