# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Denise Robin Marshall** | CASE NO.: 19-12850-amc |
| Debtor | HEARING DATE: November 12, 2019 |
| | TIME: 11:00 AM |
| | LOCATION: COURTROOM #4 |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Motion of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V for an Order for Relief and (ii) Notice of Motion and proposed form of Order in the manner indicated below:

**Denise Robin Marshall**
1036 Rock Creek Drive
Wyncote, PA 19095
Debtor
Via Regular Mail

**William C. Miller, Esq.**
P.O. Box 1229
Philadelphia, PA 19105
Chapter 13 Trustee
Via ECF

**David M. Offen, Esquire**
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
Debtor's Counsel
Via ECF

**United States Trustee**
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
U.S. Trustee
Via ECF

Date: November 8, 2019

By: /s/ Michael J. Shavel, Esq.
Michael J. Shavel, Esq., Attorney ID 60554
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: mshavel@hillwallack.com