# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12850-AMC

DENISE ROBIN MARSHALL

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DENISE ROBIN MARSHALL

    1036 ROCK CREEK DRIVE

    WYNCOTE, PA 19095-

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                    /s/ William C. Miller

Date: 11/14/2019

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee