# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Denise Robin Marshall**<br>Debtor | CASE NO.: 19-12850-amc<br><br>HEARING DATE: December 17, 2019<br>TIME: 11:00 AM<br>LOCATION: COURTROOM #4 |

## ORDER FOR DISBURSEMENT

AND NOW, this  17th  day of  December , 2019, upon the Motion of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V ("Movant") for the disbursement of funds from the Chapter 13 Trustee, it is:

ORDERED THAT: The Trustee disburse $9,503.34 to Movant for the post-petition mortgage payments due June 1, 2019 through November 1, 2019.

ORDERED THAT: The Trustee disburse $11,834.60 to Movant for taxes paid on the property located at 1036 Rock Creek Drive, Wyncote, PA 19095.

ORDERED THAT: The Trustee disburse the monthly mortgage payment of $1,583.89 due December 1, 2019 and each month thereafter until Confirmation of the Plan.

_____
Ashely M. Chan, USBJ

{Y0602217; 1}