```
                             United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                       Case No. 19-12850-amc
Denise Robin Marshall                                                        Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0313-2         User: JEGilmore            Page 1 of 1           Date Rcvd: Dec 18, 2019
                             Form ID: pdf900            Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             +Denise Robin Marshall,    1036 Rock Creek Drive,    Wyncote, PA 19095-2116
cr             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
crcm           +Wilmington Savings Fund Society, FSB,,    c/o AMIP Management, LLC,    3020 Old Ranch Pkwy,
                 #189,    Seal Beach, CA 90740-2799
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:48     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:17
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Savings Fund Society, FSB,,    c/o AMIP Management, LLC,    3020 Old Ranch Pkwy,
                 #189,    Seal Beach, CA 90740-2799
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
          CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
           cmomjian@attorneygeneral.gov
          DAVID M. OFFEN    on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
           karena.blaylock@phila.gov
          MICHAEL J. SHAVEL    on behalf of Creditor Committee    Wilmington Savings Fund Society, FSB,
           mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
          MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
           mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Denise Robin Marshall**<br>Debtor | CASE NO.: 19-12850-amc<br><br>HEARING DATE: December 17, 2019<br>TIME: 11:00 AM<br>LOCATION: COURTROOM #4 |

### ORDER FOR DISBURSEMENT

AND NOW, this 17th day of December, 2019, upon the Motion of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V ("Movant") for the disbursement of funds from the Chapter 13 Trustee, it is:

ORDERED THAT: The Trustee disburse $9,503.34 to Movant for the post-petition mortgage payments due June 1, 2019 through November 1, 2019.

ORDERED THAT: The Trustee disburse $11,834.60 to Movant for taxes paid on the property located at 1036 Rock Creek Drive, Wyncote, PA 19095.

ORDERED THAT: The Trustee disburse the monthly mortgage payment of $1,583.89 due December 1, 2019 and each month thereafter until Confirmation of the Plan.

_____
Ashely M. Chan, USBJ

{Y0602217; 1}