IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Robin Marshall<br>　　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　v.<br>Denise Robin Marshall<br>　　　　and<br>William C. Miller Esq.<br>　　　　Trustee | Chapter 13<br><br><br>NO. 19-12850 AMC |

### ORDER

AND NOW, this         day of                , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 11, 2019  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1100 ROCK CREEK DRIVE WYNCOTE , PA 19095.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 3, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Denise Robin Marshall
1036 Rock Creek Drive
Wyncote, PA 19095

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532