```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-12850-amc
Denise Robin Marshall                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Aug 03, 2020
                              Form ID: pdf900          Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
```
db             +Denise Robin Marshall,    1036 Rock Creek Drive,    Wyncote, PA 19095-2116
cr             +Cheltenham School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
crcm           +Wilmington Savings Fund Society, FSB,,    c/o AMIP Management, LLC,    3020 Old Ranch Pkwy,
                 #189,    Seal Beach, CA 90740-2799
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 04 2020 05:01:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2020 05:01:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2020 05:01:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Aug 04 2020 05:01:33     CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA  19102-1595
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2020 05:01:19
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Savings Fund Society, FSB,,    c/o AMIP Management, LLC,    3020 Old Ranch Pkwy,
                 #189,    Seal Beach, CA 90740-2799
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
```
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               cmomjian@attorneygeneral.gov
              DAVID M. OFFEN    on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Cheltenham School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              MICHAEL J. SHAVEL    on behalf of Creditor Committee    Wilmington Savings Fund Society, FSB,
               mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Savings Fund Society, FSB,
               mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2         User: JEGilmore          Page 2 of 2             Date Rcvd: Aug 03, 2020
                             Form ID: pdf900          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      WILLIAM EDWARD CRAIG   on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
      ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

      TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Denise Robin Marshall<br>       Debtor(s) | Chapter 13 |
| MIDFIRST BANK<br>  v.<br>Denise Robin Marshall<br>  and<br>William C. Miller Esq.<br>       Trustee | NO. 19-12850 AMC |

**ORDER**

  AND NOW, this _____ day of _____, 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 11, 2019 it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1100 ROCK CREEK DRIVE WYNCOTE, PA 19095.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 3, 2020**

                            United States Bankruptcy Judge.

cc: See attached service list

Denise Robin Marshall
1036 Rock Creek Drive
Wyncote, PA 19095

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532