**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DENISE ROBIN MARSHALL | : | Bankruptcy No. 19-12850-AMC |
| | : | |
| Debtor | : | |

**OBJECTION OF THE COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE TO DEBTOR'S
<u>THIRD AMENDED CHAPTER 13 PLAN OF MARCH 13, 2020</u>**

TO THE HONORABLE ASHLEY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through its counsel, Carol E. Momjian, Senior Deputy Attorney General, Office of Attorney General, does hereby object as a party in interest to Debtor's Third Amended Chapter 13 Plan ("Plan") dated March 13, 2020, as follows:

1. On October 21, 2019 the Commonwealth filed a Proof of Claim for unpaid personal income taxes in the amount of $37,474.08 of which $19,224.99 is a secured claim pursuant to 11 U.S.C. § 506(a)(1), $15,244.16 is a priority claim pursuant to 11 U.S.C. § 507(a)(8) and $3,004.93 is a general unsecured claim.

2. The Debtor has failed to file Pennsylvania personal income tax return for tax year 2019 as required by 11 U.S.C. § 1308(a). The Debtor's failure to comply with section 1308 renders the Plan not confirmable pursuant to 11 U.S.C. § 1325(a)(9).

3. For the foregoing reason, the Plan does not comply with the applicable provisions of the Bankruptcy Code and cannot be confirmed under 11 U.S.C. § 1325(a)(1).

      WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests this Honorable Court Deny Confirmation of Debtor's Third Amended Plan dated March 13, 2020.

DATE: October 15, 2020                                Respectfully submitted,

                                                                  JOSH SHAPIRO
                                                                  ATTORNEY GENERAL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | BY: */s/ Carol E. Momjian* |
| OFFICE OF ATTORNEY GENERAL | CAROL E. MOMJIAN |
| The Phoenix Building | Senior Deputy Attorney General |
| 1600 Arch Street, Suite 300 | PA I.D. No. 49219 |
| Philadelphia, PA 19103 | |
| Tel: (215) 560-2128 | JASON L. SWARTLEY |
| Fax: (717) 772-4526 | Chief Deputy Attorney General |
| E-mail: cmomjian@attorneygeneral.gov | Financial Enforcement Section |