**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DENISE ROBIN MARSHALL | : | Bankruptcy No. 19-12850-AMC |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, Carol E. Momjian, hereby certify that *Objection of the Commonwealth of Pennsylvania, Department of Revenue to Debtor's Third Amended Chapter 13 Plan of March 13, 2020* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document by first class mail, postage prepaid, or via email, on the following:

DAVID M. OFFEN
Email: dmo160west@gmail.com
C*ounsel for Debtor*

JACK K. MILLER
Email: philaecf@gmail.com

WILLIAM C. MILLER, Esq.
Email: ecfemails@ph13trustee.com
*United States Trustee*

*/s/ Carol E. Momjian*
CAROL E. MOMJIAN
Senior Deputy Attorney General