IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: )<br>DENISE ROBIN MARSHALL )<br>**Debtor(s)** ) | CHAPTER 13 |
| )<br>MERCEDES-BENZ FINANCIAL )<br>SERVICES USA LLC )<br>**Moving Party** ) | Case No.: 19-12850 (AMC) |
| )<br>v. )<br>) | |
| DENISE ROBIN MARSHALL )<br>**Respondent(s)** )<br>)<br>WILLIAM C. MILLER )<br>**Trustee** )<br>) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial Services USA LLC and the Debtor in settlement of the Objection To Confirmation, and filed on or about January 4, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: January 5, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE