United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Denise Robin Marshall  
    Debtor(s)

Case No. 19-12850-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 05, 2021      Form ID: pdf900      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Robin Marshall, 1036 Rock Creek Drive, Wyncote, PA 19095-2116 |
| cr | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| crcm | + | Wilmington Savings Fund Society, FSB,, c/o AMIP Management, LLC, 3020 Old Ranch Pkwy, #189, Seal Beach, CA 90740-2799 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2021 02:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2021 02:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2021 02:46:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB,, c/o AMIP Management, LLC, 3020 Old Ranch Pkwy, #189, Seal Beach, CA 90740-2799 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-12850-amc Doc 98 Filed 01/07/21 Entered 01/08/21 00:57:05 Desc Imaged
Certificate of Notice Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:**

**Name**      **Email Address**

CAROL E. MOMJIAN
     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

DAVID M. OFFEN
     on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JACK K. MILLER
     on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JAMES RANDOLPH WOOD
     on behalf of Creditor Cheltenham School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JILL MARIE FEIN
     on behalf of Creditor Wilmington Savings Fund Society FSB, jfein@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

MEGAN N. HARPER
     on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov karena.blaylock@phila.gov

MICHAEL J. SHAVEL
     on behalf of Creditor Committee Wilmington Savings Fund Society FSB, mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

MICHAEL J. SHAVEL
     on behalf of Creditor Wilmington Savings Fund Society FSB, mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
     on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
     ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
     on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: )<br>DENISE ROBIN MARSHALL )<br>   **Debtor(s)** ) | CHAPTER 13 |
| )<br>MERCEDES-BENZ FINANCIAL )<br>SERVICES USA LLC )<br>   **Moving Party** ) | Case No.: 19-12850 (AMC) |
| )<br>v. ) | |
| )<br>DENISE ROBIN MARSHALL )<br>   **Respondent(s)** ) | |
| )<br>WILLIAM C. MILLER )<br>   **Trustee** ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial Services USA LLC and the Debtor in settlement of the Objection To Confirmation, and filed on or about January 4, 2021 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: January 5, 2021**

_____
UNITED STATES BANKRUPTCY JUDGE